CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUL 0 5 2005

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| TANYA A. BRYAN, | ) | CIVIL ACT. NO. 3:04CV00013 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | JUDGE JAMES H. MICHAEL, JR. |
| Defendant | ) | |

Before the court is the presiding United States Magistrate Judge's Report and Recommendation of May 10, 2005, wherein he recommended that the court grant the plaintiff's April 4, 2005 Motion for Attorney Fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, *et. seq.* (West 1994 & Supp. 2000), and award counsel for the plaintiff, C. Cooper Geraty, the sum of Two Thousand Nine Hundred Twelve and 50/100 Dollars ($2,912.50) in attorney fees. After a careful review of the entire record in this case, and no objection having been filed to the Magistrate Judge's Report within ten (10) days of its service upon the parties, *see* Fed. R. Civ. P. 72(b), the court accepts the Magistrate Judge's Report in its entirety. It is accordingly this day

ADJUDGED, ORDERED, and DECREED

as follows:

1. The Magistrate Judge's Report and Recommendation, filed May 10, 2005 shall be, and it hereby is, ACCEPTED in its entirety;

2. The plaintiff's April 4, 2005 Motion for Attorney Fees shall be, and hereby is, GRANTED;

3. The plaintiff is hereby awarded Two Thousand Nine Hundred Twelve and 50/100 Dollars ($2,912.50) in attorney fees pursuant to the EAJA, 28 U.S.C. § 2412, *et. seq.* (West 1994 & Supp. 2000).

4. The Commissioner shall pay forthwith the above sum to the plaintiff;

5. This case shall be, and it hereby is, STRICKEN from the docket of this court.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record and to Magistrate Judge Crigler.

ENTERED: *[signature]*
Senior United States District Judge

7\5\05
Date

2

Case 3:04-cv-00013-JHM-BWC   Document 20   Filed 07/05/05   Page 2 of 2   Pageid#: 93